SSS:ADG/PP
F. #2019R00212

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
APR 23 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FRANK SEGUI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. **CR 19 188**

(T. 18, U.S.C., §§ 875(c) and 3551 et seq.)

**MATSUMOTO, J.**

**ORENSTEIN, M.J.**

THE GRAND JURY CHARGES:

<u>TRANSMISSION OF THREAT TO INJURE</u>

On or about October 30, 2018, within the Eastern District of New York and elsewhere, the defendant FRANK SEGUI did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: a communication threatening the life of, and threatening bodily injury to, John Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

                                            A TRUE BILL

                                    _____
                                            FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2019R00212
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

FRANK SEGUI,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 875(c) and 3551 et seq.)

*A true bill.*

_____ /s/ Jennifer McGuire _____
Foreperson

*Filed in open court this* _____ *day,*
*of* _____ *A.D. 20* \_\_\_\_\_

_____
Clerk

Bail, $ _____

*Andrew D. Grubin and Philip Pilmar, Assistant U.S. Attorneys*
*(718) 254-6322/6106*