SSS:PP/ADG
F. #2019R00212

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                            19-CR-188 (KAM)

FRANK SEGUI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

        1.      The Internet Protocol ("IP") address associated with the sender of the October 30, 2018 e-mail from frank.a.segui@wmich.edu to steven.durbin@wmich.edu, subject line "Re: I've had enough of this – Frank" is 24.38.204.159.

        2.      The IP address 24.38.204.159 is associated with Optimum Online, an internet service provider and a subsidiary of Altice USA, Inc.

        3.      Altice USA, Inc., records for Optimum Online indicate that on October 30, 2018, the subscriber of the IP address 24.38.204.159 was:

        Account #:      07836-310701-01
        Subscriber:      FRANK SEGUI
        Address:        1214 AVENUE I APT 2F, BROOKLYN, NY 11230

        4.      On October 30, 2018, the defendant Frank Segui was living at 1214

Avenue I, Apt 2F, Brooklyn, NY 11230.

5. On October 30, 2018, at or around the time that the October 30, 2018 e-mail from frank.a.segui@wmich.edu to steven.durbin@wmich.edu, subject line "Re: I've had enough of this – Frank" was sent, the defendant's cell phone was located in the vicinity of 1214 Avenue I, Brooklyn, NY 11230.

6. This stipulation, marked as Government Exhibit 13, is admissible in evidence.

Dated: Brooklyn, New York
October 22, 2019

AGREED AND CONSENTED TO:

_____
Kannan Sundaram, Esq.
Attorney for Defendant

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By: _____
Philip Pilmar
Assistant U.S. Attorney