# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 2, 2019

**By ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

Re: United States v. Frank Segui
19-CR-188 (KAM)

Dear Judge Matsumoto:

I write pursuant to the Court's order issued this morning directing me to respond by 5:00 p.m today to the government's second motion *in limine*, which was filed on Wednesday, November 27th. (*See* ECF No. 54, Second Motion *in Limine* by USA, 11/27/19).

On November 26th, the government called me to ask whether I intended to present evidence or make arguments at trial concerning the defendant's mental health conditions. As the government itself notes, I responded that I do not, and this is my response as well to the government's motion, which is therefore moot.

Respectfully Submitted,

/s/

Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc: Andrew D. Grubin
    Assistant U.S. Attorney