UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  19 CR 188 (KAM)

FRANK SEGUI,

                Defendant.

- - - - - - - - - - - - - - - X

## SUPPLEMENTAL LIST OF NAMES AND PLACES

At the December 3, 2019 Pretrial Conference, the Court ordered the parties to provide any supplemental <u>voir dire</u> requests. The government writes only to provide three additional names and places:

1. <u>Prosecution</u>

    (a)    Saritha Komatireddy (Assistant U.S. Attorney)

2. <u>Potential Witnesses and Other Individuals Who May Be Mentioned at Trial</u>

    (a)    FBI Special Agent George Lane

3. <u>Places</u>

    (a)    University at Buffalo

Dated: Brooklyn, New York
       December 3, 2019

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                  United States Attorney
                                  Eastern District of New York

                       By:   /s/ Andrew D. Grubin
                                  Andrew D. Grubin
                                  Assistant U.S. Attorney
                                  (718) 254-6322

cc:  Kannan Sundaram, Esq. (by ECF)