AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

V.

FRANK SEGUI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19CR188[KAM]

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_/S/ USDJ KIYO A. MATSUMOTO_
Signature of Judge

Kiyo A. Matsumoto, USDJ
Name of Judge        Title of Judge

12/13/2019
Date